IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00416-MSK-MJW

DENNIS W. KING, Chapter 7 Trustee,

    Plaintiff,

v.

DINO SALVATORI,

    Defendant.

_____

**ORDER GRANTING MOTION FOR WITHDRAWAL OF REFERENCE**
_____

    THIS MATTER comes before the Court on the Defendant's Motion for Withdrawal of Reference (Motion) **(# 1)** filed February 26, 2009. Having reviewed the Motion, the Court

    **FINDS** that no timely response has been filed.

    **IT IS THEREFORE ORDERED** that the Motion is **GRANTED**. All pleadings filed in the United States Bankruptcy Court Adversary Proceeding No. 08-01882 MER shall be filed in the United States District Court for the District of Colorado **within 10 days**.

    DATED this 31st day of March, 2009.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      United States District Judge