IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

The Honorable Marcia S. Krieger

Civil Action No. 09-cv-00416-MSK-MJW

*In re:* Ruben J. Guerra and Jessica M. Guerra,

DENNIS W. KING, Chapter 7 Trustee,

Plaintiff,

v.

DINO SALVATORI,

Defendant.

---

### ORDER GRANTING PLAINTIFF TRUSTEE'S MOTION TO VACATE AND RESCHEDULE SETTLEMENT CONFERENCE
( Dickes no. 17 )

---

THIS MATTER comes before the Court pursuant to Plaintiff Trustee's Motion to Vacate and Reschedule Settlement Conference (the "Motion") filed by Dennis W. King, Plaintiff herein. Following review of the Motion and good cause having been shown and proper notice having been given, it is hereby:

ORDERED that the Motion is granted.

IT IS FURTHER ORDERED that the settlement conference scheduled for August 14, 2009, at 10:00 a.m. is hereby vacated and rescheduled for Sep. 25, 2009 at 10:00 a.m.

Dated this 11th day of August, 2009.

BY THE COURT:

/s/ Michael J. Watanabe

The Honorable Michael J. Watanabe
United States Magistrate Judge