IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00416-MSK-MJW

*In re:* Ruben J.  Guerra and Jessica M.  Guerra,

DENNIS W. KING,   Chapter 7 Trustee,

Plaintiff(s),

v.

DINO SALVATORI,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Plaintiff Trustee's Withdrawal of Opposition to Unopposed Motion to Intervene (Docket No. 26) is granted, and thus the Plaintiff Trustee's Opposition to Unopposed Motion to Intervene (Docket No. 23) is deemed withdrawn.

Date: September 2, 2009