IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 09-cv-00416 — MSK - MJW

*In re:* Ruben J. Guerra and Jessica M. Guerra,

DENNIS W. KING, Chapter 7 Trustee,

Plaintiff(s),

v.

DINO SALVATORI,

Defendant(s).

---

## ORDER GRANTING MOTION TO INTERVENE
( Docket p: 22 )

THIS MATTER comes before the Court upon the motion filed by JRE Enterprises, Inc. to intervene in these proceedings under F.R.C.P. Rule 24 [*Fed. R. Civ. P.*] for the limited purpose of quashing the subpoena duces tecum to its bank in a records deposition, or in the alternative, to request that the Court enter an appropriate protective order regarding its bank's obligation to appear and produce certain records in the bank's possession that may concern the Defendant. The Court, having considered the arguments of JRE Enterprises, Inc., applicable law and any responses from the Plaintiff and Defendant, hereby grants the Motion to Intervene, permits limited intervention and allows Intervenor the right to file its motion.

Dated: September 3, 2009          BY THE COURT:

Magistrate Judge Michael J. Watanabe